Criminal Appeals and in light of *United States v. Edwards*, 69 M.J. 375 (C.A.A.F. 2011), it is ordered that said petition is hereby granted on the following issue:

WHETHER THERE IS SUBSTANTIAL BASIS IN LAW OR FACT TO QUESTION APPELLANT'S PLEA TO ESCAPE FROM CONFINEMENT GIVEN THAT HE WAS NEITHER WITHIN A CONFINEMENT FACILITY NOR UNDER GUARD OR ESCORT AFTER HAVING BEEN PLACED IN A CONFINEMENT FACILITY.

It is further ordered that the decision of the United States Army Court of Criminal Appeals is reversed as to Charge II and its specification, and Charge II and its specification are dismissed. The remaining findings of guilt and the sentence are affirmed.

Thursday, May 26, 2011

No. 11–0396/MC.  U.S. v. Joshua D. Fry.  CCA 201000179.  Review granted on the following issue:

APPELLANT PURPORTEDLY ENLISTED IN THE MARINE CORPS AFTER A JUDICIAL DETERMINATION OF HIS INCAPACITY TO CONTRACT, WHICH REMAINS IN EFFECT. WAS HIS ENLISTMENT VOID *AB INITIO*?

Briefs will be filed under Rule 25.